RECEIVED
IN LAKE CHARLES, LA.

AUG - 6 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| NEIL BROUSSARD | CIVIL ACTION NO. 2:13-CV-120 |
| VS. | SECTION P |
| WARDEN, LOUISIANA STATE PENITENTIARY | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the application for writ of habeas corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust the petitioner's remedies in state court.

Lake Charles, Louisiana, on this the __3__ day of __August__, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE